**Affirmed as modified; Opinion Filed January 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00435-CR

**BRENTDRICK DEMOND COLLIER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76269-P**

## OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Evans

Brentdrick Demond Collier appeals from the trial court's judgment convicting him of indecency with a child. In his sole issue, appellant contends the judgment should be reformed to reflect that he was not sentenced in accordance with a plea bargain agreement. We agree, and the State does not dispute, that the judgment should be reformed. We sustain the issue and affirm the judgment as modified.

### BACKGROUND

Appellant was charged by indictment with indecency with a child. On April 26, 2018, appellant rejected a plea offer from the State for fifteen years' confinement. Appellant waived trial by jury, entered a plea of not guilty, and proceeded with a bench trial. During the trial, appellant rejected a second plea offer from the State for ten year's confinement. Following trial,

the trial court found appellant guilty and sentenced him to twenty years' confinement in the Texas Department of Criminal Justice.

## ANALYSIS

In his sole issue, appellant requests that this Court reform the judgment because it incorrectly states that appellant's sentence was pursuant to a plea agreement. In cases such as these, where the necessary data and information is available, we have the authority to modify the incorrect judgment. *See* TEX. R. APP. P. 43.2(b); *Estrada v. State,* 334 S.W.3d 57, 63 (Tex. App.—Dallas 2009, no pet.) ("This Court has the power to modify an incorrect judgment to make the record speak the truth when we have the necessary information to do so."); *Bigley v. State,* 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993). Accordingly, we sustain appellant's issue and modify the judgment to reflect that appellant was not sentenced in accordance with a plea bargain agreement.

## CONCLUSION

Based on the foregoing, we reform the trial court's judgment to reflect that appellant was not sentenced in accordance with a plea bargain agreement. As modified, we affirm the trial court's judgment.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
190435F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRENTDRICK DEMOND COLLIER,
Appellant

No. 05-19-00435-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-76269-P.
Opinion delivered by Justice Evans.
Justices Molberg and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that appellant Brentdrick Demond Collier was not sentenced in accordance with a plea bargain agreement.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 15th day of January, 2020.